RONALD TUTSKY *v.* YMCA OF GREENWICH ET AL.
(8181)

DUPONT, C. J., BORDEN and NORCOTT, Js.

Argued February 14—decision released February 23, 1990

*Lawrence E. Larson,* for the appellant (plaintiff).

*Thomas A. Mulligan,* with whom, on the brief, was *Thomas J. Hickey,* for the appellees (defendants).

PER CURIAM. There is no error.